UNITED STATES DISTRICT COURT

Northern District of California

DEAN APOSTOL,

              Plaintiff(s),              No. C 09-01807 MEJ

  v.

TOM VILSACK,                          **ORDER CONTINUING CMC**

              Defendant(s).

_____/

The Court is in receipt of Plaintiff's individual case management conference statement, filed July 29, 2009. (Dkt. #4.) As Plaintiff did not serve Defendant until July 21, 2009 (at the earliest), the Court shall not proceed with the August 6, 2009 Case Management Conference, thus allowing the parties an opportunity to comply with the case management deadlines. Accordingly, the Court hereby CONTINUES the CMC to September 17, 2009 at 10:00 a.m. in Courtroom B. The parties shall file a joint statement by September 10, 2009. All deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge