1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-7181
6    Facsimile:  (415) 436-6748
     Email: victoria.carradero@us.doj.gov
7
   Attorneys for Defendant
8
   Arlo Garcia Uriarte, (CSBN 231764)
9  Jason J. Szydlik (CSBN 238356)
   LIBERATION LAW GROUP
10
     2760 Mission Street
11   San Francisco, CA 94110
     Telephone: (415) 695-1000
12   Facsimile:  (415) 695-1006
     Email: arlo@liberationlawgroup.com
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17  DEAN APOSTOL                     )
                                     )   NO. C 09-1807-MEJ
18              Plaintiff,           )
                                     )   STIPULATION AND [PROPOSED] ORDER
19         v.                        )   TO CONTINUE CASE MANAGEMENT
                                     )   CONFERENCE
20  TOM VILSACK, SECRETARY OF THE    )
    UNITED STATES DEPARTMENT OF      )
21  AGRICULTURE                      )
                                     )
22                                   )
                Defendant.            )
23                                   )
                                     )
24  _____)

1

1  Plaintiff Dean Apostol, and Defendant Tom Vilsack, Secretary, United States Department of
2  Agriculture, by and through their undersigned counsel, hereby stipulate as follows:
3  WHEREAS, the Case Management Conference ("CMC") in this matter is currently set for
4  September 17, 2009.
5  WHEREAS, Defendant was recently served and has not yet responded to the Complaint.
6  WHEREAS the parties would like more time to meet and confer over the contents of the joint case
7  management statement.
8  ACCORDINGLY, the parties request that the Court continue the Case Management Conference
9  from September 17, 2009 until October 1, 2009.

**IT IS SO STIPULATED**

DATED: September 10, 2009           LIBERATION LAW GROUP

                                    _____/s/_____
                                    Arlo Garcia Uriarte
                                    Attorneys for Plaintiff

DATED: September 10, 2009           JOSEPH RUSSONIELLO
                                    United States Attorney

                                    _____/s/_____
                                    Victoria R. Carradero
                                    Assistant United States Attorney
                                    Attorneys for Defendant

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: September 16, 2009
                                    _____
                                    The Honorable Maria-Elena James
                                    United States Magistrate Judge

2