UNITED STATES DISTRICT COURT

Northern District of California

DEAN APOSTOL,

                Plaintiff(s),                No. C 09-01807 MEJ

   v.

TOM VILSACK,                              **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

                Defendant(s).

_____/

On September 16, 2009, the Court continued the case management conference in this case to October 1, 2009, to allow the parties more time to meet and confer in preparation for the conference. As the parties have not filed a joint statement by the new September 24, 2009 deadline, the Court ORDERS the parties to file a joint status report by September 28, 2009 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: September 25, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge