UNITED STATES DISTRICT COURT

Northern District of California

DEAN APOSTOL,

        Plaintiff(s),　　　　　　　　No. C 09-01807 MEJ

  v.

TOM VILSACK,　　　　　　　　　　　**ORDER RE: DISCOVERY DISPUTE LETTERS (DKT. ##16-18.)**

        Defendant(s).

_____/

On January 13, 2010, Defendant filed three discovery dispute letters in this case. (Dkt. ## 16-18.) Upon review of the letters, the Court notes that two (Dkt. ##16-17) do not contain Plaintiff's position on the disputed issues, and in the third (Dkt. #18), Plaintiff requests a deadline extension without any providing any legal authority or reasoning for the request. As the letters do not comply with the undersigned's discovery standing order, the Court will not consider them. Instead, the Court ORDERS Plaintiff to serve on Defendant his portion of the joint letters by January 15, 2010 at 4:00 p.m. As to the Social Security disability records, Plaintiff should not that his request for an extension shall not be granted without establishing good cause for the request. Defendant shall then file the joint letters by January 19, 2010. If Plaintiff fails to serve his portion of the joint letters by January 15, 2010, the Court shall consider the imposition of sanctions, including evidence exclusion.

**IT IS SO ORDERED.**

Dated: January 14, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge