UNITED STATES DISTRICT COURT

Northern District of California

DEAN APOSTOL,

        Plaintiff(s),

  v.

TOM VILSACK,

        Defendant(s).
_____/

No. C 09-01807 MEJ

**ORDER TO SHOW CAUSE**

On January 13, 2010, Defendant filed three discovery dispute letters in this case. (Dkt. ## 16-18.) Upon review of the letters, the Court noted that two (Dkt. ##16-17) did not contain Plaintiff's position on the disputed issues, and in the third (Dkt. #18), Plaintiff requests a deadline extension without providing any legal authority or reasoning for the request. As the letters did not comply with the undersigned's discovery standing order, the Court ordered Plaintiff to serve on Defendant his portion of the joint letters by January 15, 2010 at 4:00 p.m. (Dkt. #19.) As to Docket #18, which pertains to certain Social Security disability records, the Court informed Plaintiff that his request for an extension shall not be granted without establishing good cause for the request. The Court ordered Defendant to then file the joint letters by January 19, 2010. The Court warned Plaintiff that if he failed to serve his portion of the joint letters by January 15, 2010, the Court would consider the imposition of sanctions, including evidence exclusion.

The Court is now in receipt of Defendant's resubmitted letters, in which Defendant states that he has received no response from Plaintiff. Accordingly, the Court hereby ORDERS Plaintiff to show cause why sanctions should not be imposed for his failure to comply with discovery obligations, as well as his failure to comply with this Court's January 14, 2010 Order. Plaintiff shall file a declaration by January 28, 2010, and the Court shall conduct a hearing on February 4, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 19, 2010

                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge