UNITED STATES DISTRICT COURT

Northern District of California

DEAN APOSTOL,

                Plaintiff(s),                No. C 09-01807 MEJ

   v.

TOM VILSACK,                           **SECOND ORDER TO SHOW CAUSE**

                Defendant(s).
_____/

       On January 13, 2010, Defendant filed three discovery dispute letters in this case. (Dkt. ## 16-18.) Upon review of the letters, the Court noted that two (Dkt. ##16-17) did not contain Plaintiff's position on the disputed issues, and in the third (Dkt. #18), Plaintiff requests a deadline extension without providing any legal authority or reasoning for the request. As the letters did not comply with the undersigned's discovery standing order, the Court ordered Plaintiff to serve on Defendant his portion of the joint letters by January 15, 2010 at 4:00 p.m. (Dkt. #19.) The Court ordered Defendant to then file the joint letters by January 19, 2010. The Court warned Plaintiff that if he failed to serve his portion of the joint letters by January 15, 2010, the Court would consider the imposition of sanctions, including evidence exclusion.

       On January 19, 2010, Defendant resubmitted the letters and stated that no response had been received from Plaintiff. (Dkt. ##20-22.) Accordingly, the Court ordered Plaintiff to show cause why sanctions should not be imposed for his failure to comply with discovery obligations, as well as his failure to comply with this Court's January 14, 2010 Order. (Dkt. #23.) The Court ordered Plaintiff to file a declaration by January 28, 2010, and scheduled a hearing on February 4, 2010.

       The Court is now in receipt of a declaration from Plaintiff's counsel, Arlo Uriarte, in response to the order to show cause. (Dkt. #24.) In his declaration, Mr. Uriarte states that Plaintiff

suffers from a depressive order and told him that he left the United States for the Philippines because "he needed to recuperate after spending many months in the United States." This is unacceptable. Plaintiff has an obligation to vigorously prosecute his case. *See* Fed. R. Civ. P. 41(b). The vigorous prosecution of a case does not include leaving the country for months at a time without notice to the Court or opposing counsel. Accordingly, the Court hereby ORDERS as follows:

1) The February 4, 2010 Order to Show Cause hearing is hereby VACATED.

2) Plaintiff Dean Apostol (i.e., Plaintiff himself and not his counsel) is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff Apostol shall file a declaration by February 11, 2010, and the Court shall conduct an order to show cause hearing on February 18, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 25, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge