UNITED STATES DISTRICT COURT

Northern District of California

DEAN APOSTOL,

          Plaintiff(s),

  v.

TOM VILSACK,

          Defendant(s).

No. C 09-01807 MEJ

**ORDER DISCHARGING SECOND ORDER TO SHOW CAUSE**

**ORDER RE CASE MANAGEMENT DEADLINES**

On January 25, 2010, the Court issued a second order to show cause in this matter regarding Plaintiff's failure to comply with his discovery obligations, and his general failure to prosecute. (Dkt. #25.) Although Plaintiff did not respond to the OSC as ordered, Plaintiff's counsel appeared on his behalf at the February 18, 2010 hearing. So that this case may proceed on the merits, the Court hereby DISCHARGES the January 25, 2010 OSC. Based on discussions at the hearing, the Court hereby ORDERS as follows:

1) Plaintiff shall respond to and produce all outstanding discovery by March 10, 2010;

2) Plaintiff's deposition shall take place on March 24 and 25, 2010, subject to the interpreter's availability. The only reason the deposition may not go forward is if the interpreter is unavailable;

3) Defendant's counsel shall e-file a proposed order regarding SSA and the release of Plaintiff's medical records from Dr. Lee. Plaintiff shall ensure that any necessary release authorizations, both from himself and SSA, are submitted to Dr. Lee by February 25, 2010;

4) The Court shall conduct a status conference on April 8, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status report by April 1, 2010.

5) The pretrial deadlines in this case, as established in the September 25, 2009 Case Management Order, (Dkt. #13), are hereby CONTINUED by 21 days. This applies to all deadlines up through and including the dispositive motion filing deadline and hearing date. Thus, the new hearing date for dispositive motions is July 15, 2010.

6) All pretrial and trial deadlines after the dispositive motion hearing are VACATED. This applies to all deadlines beginning with Paragraph J in the September 25 Order.

Failure to comply with any part of this Order may result in the imposition of sanctions, up to and including dismissal of this case.

**IT IS SO ORDERED.**

Dated: February 18, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge