1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney

4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone:  (415) 436-7181
6  Facsimile:   (415) 436-6748
   Email: victoria.carradero@us.doj.gov
7
   Attorneys for Defendant
8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  DEAN APOSTOL                    )
                                    )       NO. C 09-1807-MEJ
14              Plaintiff,          )
                                    )       [PROPOSED] ORDER FOLLOWING
15         v.                       )       SECOND ORDER TO SHOW CAUSE
                                    )       HEARING REGARDING PRODUCTION OF
16  TOM VILSACK, SECRETARY OF THE   )       DR. LEE'S MEDICAL RECORDS
    UNITED STATES DEPARTMENT OF     )       REGARDING PLAINTIFF AND RELEASE
17  AGRICULTURE                     )       OF PLAINTIFF'S RECORDS FROM THE
                                    )       SOCIAL SECURITY ADMINISTRATION
18                                  )
                Defendant.          )
19                                  )
                                    )
20  _____)

21

22

23

24

25

26

27

28

                                                                    1

1   This matter came on for hearing on February 18, 2010 on the Court's Second Order to Show

2   Cause dated January 25, 2010.  Plaintiff Dean Apostol was represented by attorney Arlo Garcia Uriarte.

3   Defendant Tom Vilsack, Secretary, United States Department of Agriculture was represented by

4   Assistant United States Attorney Victoria R. Carradero.

5   The Court hereby orders as follows:

6   ### ***Dr. Lee's Medical Records/Files Regarding Plaintiff***

7   Plaintiff previously executed a release directed to Dr. Paul V. Lee M.D. F.P.P.A, Plaintiff's

8   psychiatrist, authorizing him to release Plaintiff's medical records (including, but not limited to,

9   treatment, billing and pharmacy records) to Defendant's counsel.  A copy of the release (redacted for

10  compliance with Federal Rule of Civil Procedure 5.2) is attached to this Order as Exhibit 1.  Dr. Lee

11  failed to release the records to Defendant, requiring Defendant to file a discovery motion, which Plaintiff

12  did not oppose.  *See* Docket Entry Nos. 17, 20.  The Court hereby ORDERS Dr. Lee to immediately

13  produce to Defendant's counsel all of Plaintiff's medical records/information as called for in the release

14  and complete and current as of the date of production so that they are *received* by Defendant's counsel

15  by no later than March 10, 2010.   The Court reiterates that the documents must be sent by Dr. Lee

16  timely so that they are <u>received</u> by Defendant's counsel by March 10, 2010 in order to accommodate

17  other deadlines the Court has set in this case, including, but not limited to, Plaintiff's deposition.  To the

18  extent reasonable costs are incurred for copying of the records, Dr.  Lee shall produce the documents to

19  Defendant's counsel first and then submit an invoice to Defendant's counsel for reimbursement.

20  The Court further finds that, had the case proceeded as scheduled, the release Plaintiff signed

21  would have expired after one year, on or about October 26, 2010 (during the original trial set for this

22  action).  However, because of the substantial delay in production of Dr. Lee's records and indications

23  from the parties' counsel that Plaintiff has interfered with Dr. Lee's production of the records, several

24  pre-trial dates have had to be continued and the trial date has been vacated.  Accordingly, the Court

25  hereby further ORDERS that the release Plaintiff executed on or about October 26, 2009 will remain

26  effective until the conclusion of this case.

27  Should Dr. Lee fail to comply with this Court's order or should Plaintiff interfere with Dr. Lee's

28  production of the records, the Court will consider issuing sanctions, including monetary, evidentiary or

1 terminating sanctions.

2 The Court hereby ORDERS Plaintiff to communicate this order to Dr. Lee within two calendar

3 days of issuance.

4 ***Plaintiff's Records from the Social Security Administration ("SSA")***

5 Plaintiff previously executed SSA's Standard Form 3288 Consent for Release of Information

6 authorizing the release of records and information about Plaintiff to the U.S. Attorney's office. A

7 redacted copy of the release (redacted for compliance with Federal Rule of Civil Procedure 5.2) is

8 attached as Exhibit 2 to this Order. Defendant submitted the consent form to SSA but was notified by

9 SSA that some part of the identifying information (name, date of birth, or social security number "SSN")

10 was incomplete. However, SSA refused to specify to Defendant exactly which identifying information

11 was incomplete or incorrect. The parties consulted with each other and determined that the consent form

12 contained Plaintiff's correct date of birth and SSN but that Plaintiff's full name, Dean Mark Francisco

13 Apostol, was not listed. Accordingly, in November 2009, Defendant requested that Plaintiff execute a

14 new authorization form containing his full name. Plaintiff left to the Phillippines without returning the

15 second consent form and without informing Defendant or the Court of his departure. He has apparently

16 been in the Phillippines for the last several months, thereby substantially delaying this matter. Defendant

17 filed a discovery motion compelling Plaintiff to execute the second consent form, which Plaintiff did not

18 oppose. *See* Docket Entry Nos. 18, 22.

19 At the hearing, Plaintiff's counsel confirmed to the Court that Plaintiff consented to SSA's release

20 of records and information about him to the U.S. Attorney's office and that he did execute the consent

21 form attached hereto as Exhibit 2. Based upon Plaintiff's actions and representations to this Court

22 (including, the execution of the consent form and his attorney's representations), the Court hereby finds

23 that Plaintiff has consented to SSA's release of the information and further finds that such consent is

24 sufficient for SSA to release the records requested to Defendant's counsel.

25 Accordingly, the Court hereby ORDERS SSA to produce to Defendant's counsel certified copies

26 of the records/information requested in Exhibit 2 complete and current as of the date of production so

27 that they are *received* by Defendant's counsel by no later than March 10, 2010. The Court reiterates that

28 the documents must be sent by SSA timely so that they are received by Defendant's counsel by March

1  10, 2010 in order to accommodate other deadlines the Court has set in this case, including, but not

2  limited to, Plaintiff's deposition.

3      Though not required in light of this Court's finding that Plaintiff has consented to release of the

4  records, as a matter of courtesy to SSA, the Court further ORDERS Plaintiff to execute and return to

5  Defendant an unredacted version of the second consent form containing his full name attached hereto as

6  Exhibit 3 (redacted here for compliance with Federal Rule of Civil Procedure 5.2) by no later than

7  February 25, 2010.  Should SSA wish to have a copy of the second consent form for its records, SSA

8  shall make a written request to Defendant.  However, SSA shall not withhold or delay production of the

9  records based upon, or until receipt of, the second consent form.

10     The Court hereby ORDERS Defendant to communicate this order to SSA within two calendar

11  days of issuance.

12

13     **IT IS SO ORDERED.**

14  DATED:   February 19, 2010

    _____
15  The Honorable Maria-Elena James
    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Exhibit 1

# AUTHORIZATION/CONSENT FOR DISCLOSURE OF MEDICAL/MENTAL HEALTH INFORMATION

To: Paul V. Lee M.D. F.P.P.A
Suite 502 Medical Arts Center Bldg.,
Manila Doctors Hospital
667 United Nations Avenue, Ermita
Metro Manila, Phillippines

**FROM:** DEAN APOSTOL
**DATE OF BIRTH:** ███████, 1970
**SOCIAL SECURITY NUMBER:** ███████-4729

**I HEREBY AUTHORIZE** Dr. Paul V. Lee to **DISCLOSE TO:**

The U.S. Attorney's Office
Northern District of California
c/o AUSA Victoria R. Carradero
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
Tel. 415-436-7200 or 415-436-7181;
Fax. 415-436-6748

Quest Discovery services
981 Ridder Park Dr.,
San Jose, CA 95131
Tel: 800-800-6800

the following records/information:
* All records regarding my treatment, hospitalization, and outpatient care, including, all medical/mental health/psychiatric records and files (including the notes and files of Dr. Andrada, Dr. Lee, and Dr. Deshmukh); journals; charts; evaluations; diagnoses; test results; notes; summaries; correspondence to, from, or about me; documentation prepared by you or on your behalf concerning my medical/mental health conditions or changes in medical/mental health conditions for submission to his employer; and prescriptions for me.
* Any and all billing records and records of payment regarding me.

1

- Any and all pharmacy records, including but not limited to prescription orders received and dispensed for me.

**PURPOSE:** I want this information released because of litigation. I understand that the recipient may use the health information authorized on this form for litigation purposes.

I understand that any refusal by me to sign this authorization will not affect my ability to obtain treatment or payment or eligibility for benefits from Dr. Lee.

**DURATION/EXPIRATION:** This authorization shall become effective immediately and shall remain in effect for one (1) year from the date of execution, after which time it will expire.

**REVOCATION:** I may revoke this authorization at any time, but I must do so in writing and submit it to the address for Dr. Lee at the address above. My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

I have a right to receive a copy of this authorization.

Dated: _10-26-09_          Signature: _____

Print Name: _Dean Apostol_

2

Exhibit 2

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

TO:  Social Security Administration

Dean Apostol _____, 1970 _____-4729

| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| The U.S. Attorney's Office | 450 Golden Gate Avenue, 9th Floor |
| C/O Victoria Carradero, AUSA | P.O. Box 36055 |
| | San Francisco, CA 94102-3495 |

I want this information released because: Litigation

(There may be a charge for releasing information.)

Please release the following information:

_____ Social Security Number
_____ Identifying information (includes date and place of birth, parents' names)
__X__ Monthly Social Security benefit amount
__X__ Monthly Supplemental Security Income payment amount
__X__ Information about benefits/payments I received from Jan. 1, 2000 to present
__X__ Information about my Medicare claim/coverage from Jan. 1, 2000 to present
(specify) _____
__X__ Medical records  Applications/claim forms; interview notes/summaries,
__X__ Record(s) from my file (specify) reports (e.g., SSA 820 and 821 forms and any supporting documentation; CDRs and any supporting documentation; adult
_____ Other (specify) disability reports and any supporting documentation;
work history reports & any supporting documentation); award/determination notices.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 10-26-09     Relationship: Self

Form SSA-3288 (5-2007) EF (5-2007)

Exhibit 3

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

## TO: Social Security Administration

Dean Mark Francisco Apostol ████████, 1970 ██████-4729

| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

NAME                                   ADDRESS

The U.S. Attorney's Office      450 Golden Gate Avenue, 9th Floor

C/O Victoria Carradero, AUSA      P.O. Box 36055

                                      San Francisco, CA 94102-3495

I want this information released because: Litigation

(There may be a charge for releasing information.)

Please release the following information:

_____ Social Security Number

_____ Identifying information (includes date and place of birth, parents' names)

__X__ Monthly Social Security benefit amount

__X__ Monthly Supplemental Security Income payment amount

__X__ Information about benefits/payments I received from Jan.1,2000 to present

__X__ Information about my Medicare claim/coverage from Jan.1,2000 to present

(specify) _____

__X__ Medical records   Applications/claim forms; interview notes/summaries;

__X__ Record(s) from my file (specify) reports (e.g., SSA 820 and 821 forms and any supporting documentation; CDRs and any supporting documentation; adult

_____ Other (specify) disability reports and any supporting documentation; work history reports & any supporting documentation); award/determination notices.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names, and addresses of two people if signed by mark.)

Date: _____ Relationship: _____

Form **SSA-3288** (5-2007) EF (5-2007)