JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile:  (415) 436-6748
Email: victoria.carradero@us.doj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEAN APOSTOL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOM VILSACK, SECRETARY OF THE )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>)<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | NO. C 09-1807-MEJ<br><br>[PROPOSED] **ORDER FOLLOWING SECOND ORDER TO SHOW CAUSE HEARING REGARDING PRODUCTION OF DR. LEE'S MEDICAL RECORDS REGARDING PLAINTIFF AND RELEASE OF PLAINTIFF'S RECORDS FROM THE SOCIAL SECURITY ADMINISTRATION** |

This matter came on for hearing on February 18, 2010 on the Court's Second Order to Show Cause dated January 25, 2010. Plaintiff Dean Apostol was represented by attorney Arlo Garcia Uriarte. Defendant Tom Vilsack, Secretary, United States Department of Agriculture was represented by Assistant United States Attorney Victoria R. Carradero.

The Court hereby orders as follows:

### *Dr. Lee's Medical Records/Files Regarding Plaintiff*

Plaintiff previously executed a release directed to Dr. Paul V. Lee M.D. F.P.P.A, Plaintiff's psychiatrist, authorizing him to release Plaintiff's medical records (including, but not limited to, treatment, billing and pharmacy records) to Defendant's counsel. A copy of the release (redacted for compliance with Federal Rule of Civil Procedure 5.2) is attached to this Order as Exhibit 1. Dr. Lee failed to release the records to Defendant, requiring Defendant to file a discovery motion, which Plaintiff did not oppose. *See* Docket Entry Nos. 17, 20. The Court hereby ORDERS Dr. Lee to immediately produce to Defendant's counsel all of Plaintiff's medical records/information as called for in the release and complete and current as of the date of production so that they are *received* by Defendant's counsel by no later than March 10, 2010. The Court reiterates that the documents must be sent by Dr. Lee timely so that they are <u>received</u> by Defendant's counsel by March 10, 2010 in order to accommodate other deadlines the Court has set in this case, including, but not limited to, Plaintiff's deposition. To the extent reasonable costs are incurred for copying of the records, Dr. Lee shall produce the documents to Defendant's counsel first and then submit an invoice to Defendant's counsel for reimbursement.

The Court further finds that, had the case proceeded as scheduled, the release Plaintiff signed would have expired after one year, on or about October 26, 2010 (during the original trial set for this action). However, because of the substantial delay in production of Dr. Lee's records and indications from the parties' counsel that Plaintiff has interfered with Dr. Lee's production of the records, several pre-trial dates have had to be continued and the trial date has been vacated. Accordingly, the Court hereby further ORDERS that the release Plaintiff executed on or about October 26, 2009 will remain effective until the conclusion of this case.

Should Dr. Lee fail to comply with this Court's order or should Plaintiff interfere with Dr. Lee's production of the records, the Court will consider issuing sanctions, including monetary, evidentiary or

1  terminating sanctions.

2  The Court hereby ORDERS Plaintiff to communicate this order to Dr. Lee within two calendar
3  days of issuance.

4  ***Plaintiff's Records from the Social Security Administration ("SSA")***

5  Plaintiff previously executed SSA's Standard Form 3288 Consent for Release of Information
6  authorizing the release of records and information about Plaintiff to the U.S. Attorney's office.  A
7  redacted copy of the release (redacted for compliance with Federal Rule of Civil Procedure 5.2) is
8  attached as Exhibit 2 to this Order.  Defendant submitted the consent form to SSA but was notified by
9  SSA that some part of the identifying information (name, date of birth, or social security number "SSN")
10 was incomplete.  However, SSA refused to specify to Defendant exactly which identifying information
11 was incomplete or incorrect.  The parties consulted with each other and determined that the consent form
12 contained Plaintiff's correct date of birth and SSN but that Plaintiff's full name, Dean Mark Francisco
13 Apostol, was not listed.  Accordingly, in November 2009, Defendant requested that Plaintiff execute a
14 new authorization form containing his full name.  Plaintiff left to the Phillippines without returning the
15 second consent form and without informing Defendant or the Court of his departure.  He has apparently
16 been in the Phillippines for the last several months, thereby substantially delaying this matter.  Defendant
17 filed a discovery motion compelling Plaintiff to execute the second consent form, which Plaintiff did not
18 oppose.  *See* Docket Entry Nos. 18, 22.

19 At the hearing, Plaintiff's counsel confirmed to the Court that Plaintiff consented to SSA's release
20 of records and information about him to the U.S. Attorney's office and that he did execute the consent
21 form attached hereto as Exhibit 2.  Based upon Plaintiff's actions and representations to this Court
22 (including, the execution of the consent form and his attorney's representations), the Court hereby finds
23 that Plaintiff has consented to SSA's release of the information and further finds that such consent is
24 sufficient for SSA to release the records requested to Defendant's counsel.

25 Accordingly, the Court hereby ORDERS SSA to produce to Defendant's counsel certified copies
26 of the records/information requested in Exhibit 2 complete and current as of the date of production so
27 that they are *received* by Defendant's counsel by no later than March 10, 2010.   The Court reiterates that
28 the documents must be sent by SSA timely so that they are <u>received</u> by Defendant's counsel by March

1  10, 2010 in order to accommodate other deadlines the Court has set in this case, including, but not
2  limited to, Plaintiff's deposition.
3     Though not required in light of this Court's finding that Plaintiff has consented to release of the
4  records, as a matter of courtesy to SSA, the Court further ORDERS Plaintiff to execute and return to
5  Defendant an unredacted version of the second consent form containing his full name attached hereto as
6  Exhibit 3 (redacted here for compliance with Federal Rule of Civil Procedure 5.2) by no later than
7  February 25, 2010.  Should SSA wish to have a copy of the second consent form for its records, SSA
8  shall make a written request to Defendant.  However, SSA shall not withhold or delay production of the
9  records based upon, or until receipt of, the second consent form.
10    The Court hereby ORDERS Defendant to communicate this order to SSA within two calendar
11 days of issuance.

**IT IS SO ORDERED.**

DATED:  February 19, 2010

_____
The Honorable Maria-Elena James
United States Magistrate Judge

# Exhibit 1

# AUTHORIZATION/CONSENT FOR DISCLOSURE OF MEDICAL/MENTAL HEALTH INFORMATION

To: Paul V. Lee M.D. F.P.P.A
Suite 502 Medical Arts Center Bldg.,
Manila Doctors Hospital
667 United Nations Avenue, Ermita
Metro Manila, Phillippines

**FROM: DEAN APOSTOL**
**DATE OF BIRTH:** ▆▆▆, 1970
**SOCIAL SECURITY NUMBER:** ▆▆▆-4729

**I HEREBY AUTHORIZE** Dr. Paul V. Lee to **DISCLOSE TO**:

The U.S. Attorney's Office
Northern District of California
c/o AUSA Victoria R. Carradero
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, CA 94102
Tel. 415-436-7200 or 415-436-7181;
Fax. 415-436-6748

Quest Discovery services
981 Ridder Park Dr.,
San Jose, CA 95131
Tel: 800-800-6800

the following records/information:
- All records regarding my treatment, hospitalization, and outpatient care, including, all medical/mental health/psychiatric records and files (including the notes and files of Dr. Andrada, Dr. Lee, and Dr. Deshmukh); journals; charts; evaluations; diagnoses; test results; notes; summaries; correspondence to, from, or about me; documentation prepared by you or on your behalf concerning my medical/mental health conditions or changes in medical/mental health conditions for submission to his employer; and prescriptions for me.
- Any and all billing records and records of payment regarding me.

1

- Any and all pharmacy records, including but not limited to prescription orders received and dispensed for me.

**PURPOSE:** I want this information released because of litigation. I understand that the recipient may use the health information authorized on this form for litigation purposes.

I understand that any refusal by me to sign this authorization will not affect my ability to obtain treatment or payment or eligibility for benefits from Dr. Lee.

**DURATION/EXPIRATION:** This authorization shall become effective immediately and shall remain in effect for one (1) year from the date of execution, after which time it will expire.

**REVOCATION:** I may revoke this authorization at any time, but I must do so in writing and submit it to the address for Dr. Lee at the address above. My revocation will take effect upon receipt, except to the extent that others have acted in reliance upon this authorization.

**REDISCLOSURE:** I understand that the recipient may not lawfully further use or disclose the health information unless authorization is obtained from me or unless such use or disclosure is specifically required or permitted by law.

I have a right to receive a copy of this authorization.

Dated: 10-26-09    Signature: /s/

Print Name: Dean Apostol

2

# Exhibit 2

**Social Security Administration**
Consent for Release of Information

Form Approved
OMB No. 0960-0566

TO: Social Security Administration

| Dean Apostol | ███, 1970 | ███-4729 |
|---|---|---|
| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| The U.S. Attorney's Office | 450 Golden Gate Avenue, 9th Floor |
| C/O Victoria Carradero, AUSA | P.O. Box 36055 |
| | San Francisco, CA 94102-3495 |

I want this information released because: Litigation

(There may be a charge for releasing information.)

Please release the following information:

\_\_\_\_ Social Security Number
\_\_\_\_ Identifying information (includes date and place of birth, parents' names)
__X__ Monthly Social Security benefit amount
__X__ Monthly Supplemental Security Income payment amount
__X__ Information about benefits/payments I received from Jan. 1, 2000 to present
__X__ Information about my Medicare claim/coverage from Jan. 1, 2000 to present
(specify) _____
__X__ Medical records  Applications/claim forms; interview notes/summaries,
__X__ Record(s) from my file (specify) reports (e.g., SSA 820 and 821 forms and any supporting documentation; CDRs and any supporting documentation; adult
\_\_\_\_ ~~Other (specify)~~ disability reports and any supporting documentation; work history reports & any supporting documentation); award/determination notices.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _[signature]_
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 10-26-09  Relationship: Self

Form SSA-3288 (5-2007) EF (5-2007)

# Exhibit 3

**Social Security Administration**
Consent for Release of Information

Form Approved
OMB No. 0960-0566

**TO:** Social Security Administration

| Dean Mark Francisco Apostol | ▇▇▇, 1970 | ▇▇▇-4729 |
|---|---|---|
| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| The U.S. Attorney's Office | 450 Golden Gate Avenue, 9th Floor |
| C/O Victoria Carradero, AUSA | P.O. Box 36055 |
| | San Francisco, CA 94102-3495 |

I want this information released because: Litigation

(There may be a charge for releasing information.)

Please release the following information:

_____ Social Security Number
_____ Identifying information (includes date and place of birth, parents' names)
__X__ Monthly Social Security benefit amount
__X__ Monthly Supplemental Security Income payment amount
__X__ Information about benefits/payments I received from Jan. 1, 2000 to present
__X__ Information about my Medicare claim/coverage from Jan. 1, 2000 to present
        (specify) _____
__X__ Medical records   Applications/claim forms; interview notes/summaries;
__X__ Record(s) from my file (specify) reports (e.g., SSA 820 and 821 forms and any supporting documentation; CDRs and any supporting documentation; adult
_____ ~~Other (specify)~~ disability reports and any supporting documentation; work history reports & any supporting documentation); award/determination notices.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: _____
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _____     Relationship: _____

Form SSA-3288 (5-2007) EF (5-2007)